Edna Ives, Appellee and Cross-Complainant, v. Hal G.
Otis and Esther Spooner, Defendants.
Appeal of Esther Spooner, Appellant.

Gen. No. 41,415.

opinion filed February 26, 1941. John A.
Bloomingston, for appellant; Ryan, Sinnott & Miller, for appellee;
Burt A. Crowe, for cross appellees. Opinion by JUSTICE DENIS E.
SULLIVAN. "Not to be published in full."

Ruth Carlson, Appellant, v. Clarence O. Carlson,
Appellee.

Gen. No. 41,489.

opinion filed February 26, 1941. Zaleski &
Zaleski, for appellant; Cooney & Verhoeven, for appellee. Opinion by
JUSTICE DENIS E. SULLIVAN. "Not to be published in full."